UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JONATHAN P. SIMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-13832** |
| **MARLIN N. GUSMAN/ORLEANS PARISH SHERIFF – STATE OF LOUISIANA, et al.** | **SECTION: "G"(5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**NEW ORLEANS, LOUISIANA,** this  26th  day of October, 2016.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**